[No. 55613-4-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WILLIAM SLOAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02116-7, James H. Allendoerfer, J., entered December 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55628-2-I.   Division One.   March 6, 2006.]

IBIZA, INC., *Respondent*, v. SAMIS FOUNDATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-27058-0, Mary Roberts, J., entered January 21, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Schindler, JJ.

[No. 55668-1-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN BLOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00911-8, Linda Lau, J., entered January 24, 2005. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.

[No. 55679-7-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN BRYCE BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00181-6, Richard J. Thorpe, J., entered January 21, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, A.C.J., and Coleman, J.